LAW OFFICES

# BASS & ASSOCIATES

A PROFESSIONAL CORPORATION

FORT LOWELL CORPORATE CENTER
SUITE 200
3936 EAST FORT LOWELL ROAD
TUCSON, ARIZONA 85712

TELEPHONE
(520) 577-1544
FACSIMILE
(520) 577-1546

December 21, 2015

United States Bankruptcy Court
Nortern District of Texas
501 W Tenth Rm 147
Fort Worth, TX 76102

Re:         Virginia Michelle Haralson
Case No.:   15-40849
Claim No.:  21-1 and 21-2

To Whom It May Concern:

Our firm filed the above listed proof of claims on behalf of our client on June, 6, 2015 and Amended claim November 27, 2015 in the amount of $2278.03. Upon reviewing case information, we respectfully request the above proof of claims be withdrawn.

If you have any questions or need further assistance regarding this matter, please feel free to contact us at our toll free number 888-283-4624 x 5908.

Sincerely,

Jason Erwin
Bass & Associates, P.C.
Authorized Agent for
Cavlary SpV !, L LC